Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| Rafael Treujello Qualls <br><br> Plaintiff <br><br> vs. <br><br> T-H Professional & Medical Collections, Ltd. <br><br> Defendant | Case Number: 16-CV-1164 |

## JUDGMENT IN A CIVIL CASE

**DECISION BY THE COURT.** This action came before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Defendant's Motion 19 for Summary Judgment is GRANTED. This matter is now terminated.

**Dated:** 7/21/2017

s/ Kenneth A. Wells
Kenneth A. Wells
Clerk, U.S. District Court